Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: (310) 361-5776

Bert H. Deixler (SBN 70614)
bdeixler@kbkfirm.com
Sara E. Moses (SBN 291491)
smoses@kbkfirm.com
Patrick J. Somers (SBN 318766)
psomers@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California  90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Attorneys for Plaintiffs NIRVANA, L.L.C.

Michael J. Zinna (*pro hac vice*)
mzinna@kelleydrye.com
Whitney M. Smith (*pro hac vice*)
wsmith@kelleydrye.com
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Defendants
MARC JACOBS INTERNATIONAL LLC, SAKS
INCORPORATED, d/b/a SAKS FIFTH AVENUE,
AND NEIMAN MARCUS GROUP LIMITED, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRVANA, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARC JACOBS INTERNATIONAL L.L.C., a Delaware Limited Liability Company; SAKS INCORPORATED, d/b/a SAKS FIFTH AVENUE, a Tennessee Corporation; NEIMAN MARCUS GROUP LIMITED, L.LC., a Delaware Limited Liability Company; and Does 1 through 10,<br><br>Defendants. | Case No.: 2:18-cv-10743<br><br>**JOINT REPORT ON SETTLEMENT CONFERENCE**<br><br>**Honorable John A. Kronstadt**<br><br>**Magistrate Judge Steve Kim** |

    Pursuant to an Order of this Court, the parties conducted a settlement conference with Magistrate Judge Steve Kim on October 16, 2019 to try to resolve their differences.  They did not succeed in settling the action .

| | | |
|---|---|---|
| DATED:  November 8, 2019 | | RIMON, P.C. |

By: /s/ Mark S. Lee
Mark S. Lee (SBN: 94103)
mark.lee@rimonlaw.com
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA   90067
Telephone/Facsimile: 310.375.3811

Kendra L. Orr (SBN: 256729)
Kendra.orr@rimonlaw.com
RIMON P.C.
One Embarcadero Center, Suite 400
San Francisco, CA   94111
Telephone/Facs2imile: 415.683.5472

Bert H. Deixler (SBN 70614)
bdeixler@kbkfirm.com
Sara E. Moses (SBN 291491)
smoses@kbkfirm.com
Patrick J. Somers (SBN 318766)
psomers@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California   90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Attorneys for *Plaintiffs*
NIRVANA, L.L.C.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 8, 2019 | KELLEY DRYE & WARREN LLP |
| 3 | | |
| 4 | | By: /s/ Michael J. Zinna |
| 5 | | Michael J. Zinna (*pro hac vice*) |
| | | mzinna@kelleydrye.com |
| 6 | | Whitney M. Smith (*pro hac vice*) |
| | | wsmith@kelleydrye.com |
| 7 | | KELLEY DRYE & WARREN LLP |
| 8 | | 101 Park Avenue |
| | | New York, New York 10178 |
| 9 | | Telephone: (212) 808-7800 |
| 10 | | Facsimile: (212) 808-7897 |
| 11 | | |
| | | Andrew W. Homer (SBN 259852) |
| 12 | | ahomer@kelleydrye.com |
| | | Tahir L. Boykins (SBN 323441) |
| 13 | | tboykins@kelleydrye.com |
| 14 | | KELLEY DRYE & WARREN LLP |
| | | 10100 Santa Monica Boulevard, 23rd Floor |
| 15 | | Los Angeles, California 90067 |
| 16 | | Telephone: (310) 712-6100 |
| | | Facsimile: (310) 712-6199 |
| 17 | | |
| 18 | | Attorneys for Defendants |
| | | MARC JACOBS INTERNATIONAL |
| 19 | | L.L.C., SAKS INCORPORATED, d/b/a |
| | | SAKS FIFTH AVENUE, AND NEIMAN |
| 20 | | MARCUS GROUP LIMITED, L.L.C. |