# EXHIBIT 1

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3    NIRVANA L.L.C., Washington     )
 4    Limited Liability Company,     )   Case No.
 5           Plaintiff,               )   2:18-cv-10743
 6              vs.                   )   JAK-SK
 7    MARC JACOBS INTERNATIONAL       )
 8    L.L.C., a Delaware Limited     )
 9    Liability Company; SAKS         )
10    INCORPORATED, d/b/a SAKS        )
11    FIFTH AVENUE, a Tennessee       )
12    Corporation; NEIMAN MARCUS      )
13    GROUP LIMITED, L.L.C. a         )
14    Delaware Limited Liability     )
15    Company; and Does 1 through     )
16    10,                             )
17           Defendants.              )
18                  **REVISED**
19         DEPOSITION OF DAVID ERIC GROHL
20                    TAKEN ON
21          TUESDAY, SEPTEMBER 10, 2019
22    Reported by:
23    BRENDA R. COUNTZ, RPR-CRR
24    CSR NO. 12563
25    Job No. 167662
```

Page 2

         Deposition of DAVID ERIC GROHL taken at
the law firm of Kelley Drye & Warren LLP, 10100
Santa Monica Boulevard, 23rd Floor, Los Angeles,
California 90067, on Tuesday, September 10,
2019, before Brenda R. Countz, CSR No. 12563.

Page 3

1   APPEARANCES OF COUNSEL:

2   FOR THE PLAINTIFF:

3           RIMON

4           BY:  MARK LEE, ESQ.

5                JILL BERLINER, ESQ.

6           2029 Century Park East

7           Los Angeles, California 90067

8

9

10

11

12

13  FOR THE DEFENDANTS MARC JACOBS INTERNATIONAL LLC,

14  SAKS INCORPORATED, d/b/a SAKS FIFTH AVENUE and

15  NEIMAN MARCUS GROUP LIMITED, LLC:

16          KELLEY DRYE & WARREN

17          BY:  MICHAEL ZINNA, ESQ.

18          GEOFFREY CASTELLO, ESQ.

19          One Jefferson Road

20          Parsippany, New Jersey 07054

21

22

23

24

25

```
1                         I N D E X

2    WITNESS                 EXAMINATION BY                    PAGE

3    DAVID ERIC GROHL

4                            MR. ZINNA                         5

5

6                         E X H I B I T S

7    NO.            DESCRIPTION                                PAGE

8    Exhibit 1      Notice of Deposition                       7

9    Exhibit 2      Complaint                                  8

10   Exhibit 3      Document Titled Nirvana, Inc.              20

11                  Profit-Sharing Plan

12   Exhibit 4      Nirvana, Inc. Employee Listing             22

13   Exhibit 5      Nirvana Casting Call Flier                 25

14   Exhibit 6      Invitation to a Record Release             27

15                  Party

16   Exhibit 7      Limited Liability Company                  32

17                  Agreement of Nirvana, LLC

18   Exhibit 8      Document Bates Stamped Nirvana             36

19                  000013 through 000014

20   Exhibit 9      Document Bates Stamped Nirvana             37

21                  000016 through 000017

22   Exhibit 10     Document Bates Stamped Nirvana             37

23                  000069 through 000070

24   Exhibit 11     Articles of Incorporation of               43

25                  Nirvana, Inc.
```

Page 5

1     LOS ANGELES, CA - TUESDAY, SEPTEMBER 10, 2019

2                    10:30 A.M.

3

4                 DAVID ERIC GROHL,

5         having been first duly sworn, was

6         examined and testified as follows:

7

8            MR. ZINNA:  Good morning, everyone.

9    I'm Mike Zinna from Kelly Drye & Warren.  I'm

10   here representing Marc Jacobs, Neiman Marcus and     10:29:04AM

11   Saks.

12                   EXAMINATION

13   BY MR. ZINNA:

14        Q.   Could you please state your name for

15   the record?                                          10:29:11AM

16        A.   David Eric Grohl.

17        Q.   Have you ever been deposed before?

18        A.   I have.

19        Q.   About how long ago?

20        A.   2002, 2001.                                10:29:18AM

21        Q.   Okay, I can give you a refresher, some

22   ground rules to make sure this moves smoothly and

23   quickly.  It's really just a series of questions.

24   I'll ask the questions and you'll provide

25   answers.                                             10:29:41AM

Page 16

1  Q. Moving to the left, does that appear to
2  be the front of the T-shirt?
3  A. On the left?
4  Q. Yes.
5  A. Yes.                                        10:43:39AM
6  Q. And do you see the word "Nirvana" above
7  the smiley face?
8  A. I do.
9  Q. Are you familiar with the particular
10 font that that is written in?                  10:43:48AM
11 A. I am.
12 Q. And do you know who designed that font?
13 A. No.
14 Q. Could it have been you?
15 A. No.                                         10:43:55AM
16 Q. Could it have been Mr. Novoselic?
17 A. I don't know.
18 Q. Could it have been Mr. Cobain?
19 A. I don't know.
20 Q. And underneath that we have an image.       10:44:03AM
21    Do you see that?
22 A. I do.
23 Q. And can you describe that image,
24 please?
25 A. A smiley face with Xs over the eyes and     10:44:17AM

1       a tongue sticking out.

2               Q.   Thank you.  And who designed that face?

3               A.   I don't know.

4               Q.   Could it have been you?

5               A.   No.                                          10:44:31AM

6               Q.   Could it have been Mr. Novoselic?

7               A.   I don't know.

8               Q.   Could it have been Mr. Cobain?

9               A.   I don't know.

10              Q.   So if we turn back to page four of 24,       10:44:51AM

11      please, do you see paragraph 13?

12              A.   I do.

13              Q.   And can you read for me the first

14      sentence of that paragraph?

15              A.   "Among the copyrighted works owned by        10:45:18AM

16      Nirvana is a smiley face design and logo,

17      copyright registration number VA 0000564166,

18      created by Kurt Cobain in about 1991 and

19      registered for copyright in 1993."

20              Q.   Thank you.  But you have no personal         10:45:38AM

21      knowledge of whether that statement is correct or

22      not?

23              A.   No.

24              Q.   Okay, so by 1991 Nirvana, Inc. had been

25      incorporated through articles of incorporation            10:46:08AM

Page 53

# DECLARATION

I hereby declare I am the deponent in the within matter; that I have read the foregoing deposition and know the contents thereof, and I declare that the same is true of my knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe it to be true.

I declare under the penalties of perjury of the State of California that the foregoing is true and correct.

Executed on the_____day of_____, 2019, at_____, California.

_____
WITNESS

1   STATE OF CALIFORNIA    )  SS
2   COUNTY OF LOS ANGELES  )
3           I, BRENDA R. COUNTZ, Certified Shorthand
4   Reporter No. 12563 for the State of California,
5   do hereby certify:
6           That prior to being examined, the
7   witness named in the foregoing deposition was
8   duly sworn to testify the truth, the whole truth,
9   and nothing but the truth;
10          That said deposition was taken down by
11  me in shorthand at the time and place therein
12  named and thereafter transcribed and that the
13  same is a true, correct, and complete transcript
14  of said proceedings.
15          Before completion of the deposition,
16  review of the transcript [  ] was [  ] was not
17  requested.  If requested, any changes made by the
18  deponent during the period allowed are appended
19  hereto.
20          I further certify that I am not
21  interested in the outcome of the action.
22  Witness my hand this 20th day of September, 2019.
23                *Brenda R. Countz* (signature)
24          _____
25              Brenda R. Countz, CSR No. 12563

Page 55

1                    ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.  No.  Now Reads      Should Read    Reason

6    ___  ___  _____     _____     _____

7    ___  ___  _____     _____     _____

8    ___  ___  _____     _____     _____

9    ___  ___  _____     _____     _____

10   ___  ___  _____     _____     _____

11   ___  ___  _____     _____     _____

12   ___  ___  _____     _____     _____

13   ___  ___  _____     _____     _____

14   ___  ___  _____     _____     _____

15   ___  ___  _____     _____     _____

16   ___  ___  _____     _____     _____

17   ___  ___  _____     _____     _____

18   ___  ___  _____     _____     _____

19   ___  ___  _____     _____     _____

20

                                    _____
21                                  Signature of Deponent

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS ____ DAY OF _____, 2019.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____