# EXHIBIT 2

1       UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA

3  NIRVANA L.L.C., Washington   )

4  Limited Liability Company,  )  Case No.

5       Plaintiff,    )  2:18-cv-10743

6        vs.       )  JAK-SK

7  MARC JACOBS INTERNATIONAL   )

8  L.L.C., a Delaware Limited   )

9  Liability Company; SAKS    )

10  INCORPORATED, d/b/a SAKS   )

11  FIFTH AVENUE, a Tennessee   )

12  Corporation; NEIMAN MARCUS   )

13  GROUP LIMITED, L.L.C. a    )

14  Delaware Limited Liability   )

15  Company; and Does 1 through  )

16  10,               )

17      Defendants.     )

18         **REVISED**

19    DEPOSITION OF KRIST A. NOVOSELIC

20         TAKEN ON

21    TUESDAY, SEPTEMBER 10, 2019

22  Reported by:

23  BRENDA R. COUNTZ, RPR-CRR

24  CSR NO. 12563

25  Job No. 167662

Page 2

1

2

3

4

5

6

7

8

9

10          Deposition of KRIST A. NOVOSELIC taken

11    at the law firm of Kelley Drye & Warren LLP,

12    10100 Santa Monica Boulevard, 23rd Floor, Los

13    Angeles, California 90067, on Tuesday, September

14    10, 2019, before Brenda R. Countz, CSR No. 12563.

15

16

17

18

19

20

21

22

23

24

25

1     APPEARANCES OF COUNSEL:

2     FOR THE PLAINTIFF:

3           RIMON

4           BY:  MARK LEE, ESQ.

5              JILL BERLINER, ESQ.

6           2029 Century Park East

7           Los Angeles, California 90067

8

9

10

11

12

13     FOR THE DEFENDANTS MARC JACOBS INTERNATIONAL LLC,

14     SAKS INCORPORATED, d/b/a SAKS FIFTH AVENUE and

15     NEIMAN MARCUS GROUP LIMITED, LLC:

16           KELLEY DRYE & WARREN

17           BY:  MICHAEL ZINNA, ESQ.

18           GEOFFREY CASTELLO, ESQ.

19           One Jefferson Road

20           Parsippany, New Jersey 07054

21

22

23

24

25

Page 4

```
 1                        I N D E X

 2

 3   WITNESS               EXAMINATION BY              PAGE

 4   KRIST A. NOVOSELIC

 5                        MR. ZINNA                      6

 6

 7

 8

 9

10                      E X H I B I T S

11   NO.            DESCRIPTION                       PAGE

12     Exhibit 12   Notice of Deposition of Krist       9

13                  Novoselic

14

15

16

17

18

19

20

21

22

23

24

25
```

1                   REFERENCED EXHIBITS

2              EXHIBIT        PAGE        LINE

3                 2           10          12

4                 7           13          12

5                 5           36          20

6                 6           36          21

7                 8           40          22

8                 9           40          22

9                10           40          23

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          LOS ANGELES, CA - TUESDAY, SEPTEMBER 10, 2019

 2                        2:05 P.M.

 3

 4              KRIST A. NOVOSELIC,

 5          having been first duly sworn, was

 6          examined and testified as follows:

 7

 8                   EXAMINATION

 9     BY MR. ZINNA:

10      Q.   Good afternoon.                    02:05:20PM

11      A.   Good afternoon.

12      Q.   I'm Mike Zinna.  I represent Marc

13    Jacobs, Neiman Marcus and Saks Incorporated.

14          Could you state your name for the

15    record, please?                           02:05:34PM

16      A.   My Name is Krist Anthony Novoselic.

17      Q.   I'm sure I'm going to butcher that and

18    I apologize for doing so.

19      A.   Novoselic.

20      Q.   Novoselic.                          02:05:42PM

21      A.   I'm a son of an itch.

22      Q.   There you go.

23          Have you ever been deposed before?

24      A.   Yes.

25      Q.   More than once?                     02:05:49PM
```

Page 32

1        Q.   And do you remember when this T-shirt

2    was created?

3        A.   No.

4        Q.   Okay.  Moving to the graphics on the

5    front page of this T-shirt.                          02:40:41PM

6             Can you describe the graphics

7    underneath the word "Nirvana" for me, please?

8        A.   Okay.  The graphic is a smiley face

9    that's maybe a little too happy.

10       Q.   Does it have X eyes?                         02:41:09PM

11       A.   Yes.

12       Q.   So if I call it the X-eye smiley face,

13   will you know what I'm referring to?

14       A.   Yes.

15       Q.   Do you know who came up with the idea     02:41:23PM

16   for this X-eye smiley face?

17       A.   No.

18       Q.   Was it you?

19       A.   No.

20       Q.   Do you know if it could have been        02:41:34PM

21   Mr. Grohl?

22       A.   I don't know.

23       Q.   Do you know if it could have been

24   Mr. Cobain?

25       A.   I don't remember.                           02:41:47PM

Page 33

1      Q.   Do you know who you would speak to to

2    get an answer to that question?

3      A.   I would speak to Allen Draher.

4      Q.   Do you know if it would have been

5    someone who Nirvana, Inc. would have hired to      02:42:16PM

6    create artwork?

7      A.   I don't know.

8      Q.   And do you know if it was created by

9    someone who was an employee of Sub Pop Records?

10     A.   I don't know.                               02:42:40PM

11     Q.   And do you know if it was created by

12   someone who is an employee of the David Geffen

13   Company?

14     A.   I don't know.

15     Q.   Was there a specific reason that the       02:42:50PM

16   X-eye smiley face was originally created?

17     A.   We needed to make it look like that old

18   T-shirt.  And then this image had been around and

19   that's all I could really remember.  It didn't

20   seem like it was a new idea.                       02:43:23PM

21     Q.   Do you remember where it was first

22   drawn for use by Nirvana?

23     A.   There was a record release party in

24   Seattle and I can't recall the date.  As far as I

25   know, that's my first recollection.               02:43:51PM

Page 56

1      The witness will then have 30 days to read, sign

2      and correct it.  We then will send the corrected

3      manuscript to Mr. Zinna.

4              And we would like a copy.

5              MR. ZINNA:  Agreed.  Thanks to all.      03:30:26PM

6              (Whereupon, the deposition was

7               concluded at 3:30 o'clock p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        DECLARATION

2

3        I hereby declare I am the deponent in

4    the within matter; that I have read the foregoing

5    deposition and know the contents thereof, and I

6    declare that the same is true of my knowledge,

7    except as to the matters which are therein stated

8    upon my information or belief, and as to those

9    matters, I believe it to be true.

10        I declare under the penalties of perjury

11   of the State of California that the foregoing is

12   true and correct.

13        Executed on the_____day of_____,

14   2019, at_____, California.

15

16

17

18                    _____

19                         W I T N E S S

20

21

22

23

24

25

Page 58

1    STATE OF CALIFORNIA     )   SS

2    COUNTY OF LOS ANGELES   )

3            I, BRENDA R. COUNTZ, Certified Shorthand

4    Reporter No. 12563 for the State of California,

5    do hereby certify:

6            That prior to being examined, the

7    witness named in the foregoing deposition was

8    duly sworn to testify the truth, the whole truth,

9    and nothing but the truth;

10           That said deposition was taken down by

11   me in shorthand at the time and place therein

12   named and thereafter transcribed and that the

13   same is a true, correct, and complete transcript

14   of said proceedings.

15           Before completion of the deposition,

16   review of the transcript [  ] was [  ] was not

17   requested.  If requested, any changes made by the

18   deponent during the period allowed are appended

19   hereto.

20           I further certify that I am not

21   interested in the outcome of the action.

22   Witness my hand this 20th day of September, 2019.

23                   *Brenda R. Countz*

24           _____

25                   Brenda R. Countz, CSR No. 12563

Page 59

1                        ERRATA SHEET

2   Case Name:

3   Deposition Date:

4   Deponent:

5   Pg.  No. Now Reads        Should Read   Reason

6   ____ ____ _____     _____   _____

7   ____ ____ _____     _____   _____

8   ____ ____ _____     _____   _____

9   ____ ____ _____     _____   _____

10  ____ ____ _____     _____   _____

11  ____ ____ _____     _____   _____

12  ____ ____ _____     _____   _____

13  ____ ____ _____     _____   _____

14  ____ ____ _____     _____   _____

15  ____ ____ _____     _____   _____

16  ____ ____ _____     _____   _____

17  ____ ____ _____     _____   _____

18  ____ ____ _____     _____   _____

19  ____ ____ _____     _____   _____

20

                            _____
21                          Signature of Deponent

22  SUBSCRIBED AND SWORN BEFORE ME

23  THIS ____ DAY OF _____, 2019.

24  _____

25  (Notary Public)   MY COMMISSION EXPIRES:_____