# EXHIBIT 3

Robert Andres Fisher

```
 1              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
 2
 3                        - - -
 4
    NIRVANA, L.L.C.,            :   CASE NO. 2:18-CV-
 5           Plaintiff,         :   10743-JAK-SK
                               :
 6      vs.                    :
                               :
 7  MARC JACOBS INTERNATIONAL   :
    L.L.C., et al.,            :
 8           Defendants.        :
    _____:
 9  MARC JACOBS INTERNATIONAL   :
    L.L.C., et al.,            :
10           Counterclaim      :
             Plaintiffs,       :
11                             :
        vs.                    :
12  NIRVANA, L.L.C.,            :
             Counterclaim      :
13           Defendant.         :
14
                          - - -
15
      REMOTE VIDEOTAPED DEPOSITION OF ROBERT ANDRES FISHER
16
              Thursday, August 27, 2020
17
18                        - - -
19
20
21
22                        - - -
23          GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 971.591.5672 Fax
24              deps@golkow.com
25
```

Robert Andres Fisher

```
1              Remote videotaped stenographic deposition of

2    ROBERT ANDRES FISHER, conducted at the location of the

3    witness in Woodland Hills, California, commencing at

4    approximately 10:03 a.m., on the above date, before

5    Rosemary Locklear, a Registered Professional Reporter,

6    Certified Realtime Reporter and California CSR (#13969).

7

8                        - - -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Robert Andres Fisher

```
 1    APPEARANCES:   (All appearances via remote technology)

 2

 3           KENDALL BRILL & KELLY, L.L.P.
             BY:  BERT H. DEIXLER, ESQUIRE
 4           bdeixler@kbkfirm.com
             BY:  SARAH E. MOSES, ESQUIRE
 5           smoses@kbkfirm.com
             10100 Santa Monica Boulevard, Suite 1725
 6           Los Angeles, California 90067
             (310) 566-2700
 7                    and
             RIMON, P.C.
 8           BY:  MARK S. LEE, ESQUIRE
             mark.lee@rimonlaw.com
 9           BY:  JILL H. BERLINER, ESQUIRE
             jill.berliner@rimonlaw.com
10           2029 Century Park East, Suite 400N
             Los Angeles, California 90067
11           (213) 375-3811
             Appearing on behalf of the Plaintiff and
12           Counterclaim Defendant

13

14           KELLEY DRYE & WARREN, L.L.P.
             BY:  KERIANNE LOSIER, ESQUIRE
15           klosier@kelleydrye.com
             BY:  MICHAEL ZINNA, ESQUIRE
16           mzinna@kelleydrye.com
             BY:  STEPHANIE A. GROB, ESQUIRE
17           sgrob@kelleydrye.com
             101 Park Avenue
18           New York, New York 10178
             (212) 808-7800
19           Appearing on behalf of the Defendant and
             Counterclaim Plaintiff

20

21

22

23

24

25
```

Robert Andres Fisher

```
 1    APPEARANCES:   (Continued)

 2

 3            MODO LAW
              BY:   INGE DE BRUYN, ESQUIRE
 4            inge.debruyn@modo-law.com
              4218 Via Padova
 5            Claremont, California 91711
              (424) 832-6118
 6            Appearing on behalf of the Intervenor, Robert
              Fisher

 7

 8
                                      - - -
 9

10
      ALSO PRESENT:
11

12
              JOSEPH MOURGOS, Video Operator
13
              GINA VELDMAN, Trial Technologist
14
              MICHAEL MEISEL
15

16
                                      - - -
17

18

19

20

21

22

23

24

25
```

Robert Andres Fisher

```
 1                    I N D E X

 2

 3    WITNESS                                            PAGE

 4

 5    ROBERT ANDRES FISHER

 6

 7            By Mr. Zinna                                10

 8

 9            By Mr. Deixler                             149

10

11                    - - -

12

13                 EXHIBIT INDEX

14    NUMBER                                           MARKED

15

16    1        3-page document dated 8/19/20             14
               entitled "Second Amended
17             Notice of Subpoena to Testify
               at a Deposition of Robert
18             Fisher," plus attachments
19    2        16-page document dated                    18
               12/28/18 entitled "Complaint,"
20             plus attachments
21    3        1-page color photo dated                  21
               3/11/93
22
      4        1-page copy of Page 3 of                  22
23             Complaint
24
25
```

Robert Andres Fisher

```
 1                    EXHIBIT INDEX (Continued)
 2     NUMBER                                              MARKED
 3
 4     5              3-page document dated 8/10/20            23
                      entitled "Declaration of
 5                    Robert Fisher in Support of
                      Motion for Leave to Intervene
 6                    Pursuant to Fed. R. Civ. P.
                      24"
 7
       6              2-page color photos                     43
 8
       7              4-page color photos                     49
 9
       8              1-page color photos                     55
10
       9              2-page color photos                     67
11
       10             2-page email dated 11/27/19 to          80
12                    Robert Fisher from Mike
                      Wilkinson
13
       11             4-page email dated 11/27/19 to          82
14                    Michael Meisel from Robert
                      Fisher
15
       12             2-page color photos                    105
16
       13             1-page color photo,                    111
17                    MJI-Nirvana 000330
18     14             2-page color photos                    116
19     15             1-page letter dated 3/9/93 to          118
                      Register of Copyrights from
20                    Deborah L. Benson, plus
                      attachments, NIRVANA-000041 -
21                    NIRVANA-000044
22     16             1-page document dated 8/10/20          122
                      entitled "Certificate of
23                    Registration"
24     17             2-page color photos                    125
25
```

Robert Andres Fisher

```
 1                    EXHIBIT INDEX (Continued)
 2     NUMBER                                           MARKED
 3
 4     18              1-page document entitled          129
                       "Geffen Records Packaging
 5                     Budget"
 6     19              26-page document dated 8/11/21    133
                       entitled "[Proposed]
 7                     Complaint-In-Intervention for
                       Declaratory Relief; Injunctive
 8                     Relief; Breach of License;
                       Copyright Infringement; and
 9                     Cancellation of Federal
                       Trademark Registration"
10
       20              17-page document dated 8/10/20    135
11                     entitled "Memorandum of Points
                       and Authorities in Support of
12                     Motion to Intervene"
13     21              1-page document dated 1/22/20     138
                       entitled "Acknowledgement,"
14                     NIRVANA-001840
15     22              3-page document dated 10/11/19    140
                       entitled "Acknowledgement,"
16                     NIRVANA-000328 -
                       NIRVANA-000330
17
       200             1-page color photos              170
18
       201             1-page document entitled          198
19                     "Instagram"
20     202             1-page document entitled          200
                       "Instagram"
21
       203             1-page document entitled          201
22                     "Instagram"
23     204             1-page document entitled          203
                       "Instagram"
24
25
```

Robert Andres Fisher

```
 1                    EXHIBIT INDEX (Continued)

 2    NUMBER                                        MARKED

 3

 4    205              1-page color photo,               207

                      NIRVANA-114261

 5

 6

      (Exhibits retained by the court reporter and attached to

 7    transcript.)

 8

 9                          - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Robert Andres Fisher

```
 1              VIDEO OPERATOR:  We are now on the record.

 2              My name is Joseph Mourgos.  I am a videographer

 3      for Golkow Litigation Services.

 4              Today's date is August 27, 2020, and the time on

 5      the video monitor is 10:03 a.m., Pacific time.

 6              This remote video deposition is being held in

 7      the matter of Nirvana, L.L.C., versus Marc Jacobs

 8      International, L.L.C., et al., and related counterclaim,

 9      for the United States District Court, Central District

10      of California.

11              The deponent is Robert Fisher.

12              All parties to this deposition are appearing

13      remotely and have agreed to the witness being sworn in

14      remotely.

15              Due to the nature of remote reporting, please

16      pause briefly before speaking to ensure all parties are

17      heard completely.

18              Will counsel please identify yourselves for the

19      record.

20              MR. ZINNA:  Michael Zinna --

21              MR. DEIXLER:  Bert Deixler -- Bert Deixler,

22      Kendall Brill & Kelly, with Sarah Moses, on behalf of

23      the plaintiff.

24              Good morning.

25              MR. ZINNA:  And this is Michael Zinna from
```

Robert Andres Fisher

```
 1   Kelley Drye & Warren with Kerianne Losier and Stephanie

 2   Grob on behalf of defendants.

 3        MS. DE BRUYN:  This is Inge De Bruyn on behalf

 4   of the deponent, Robert Fisher.

 5        VIDEO OPERATOR:  Is that it?

 6        And will our tech please identify yourself.

 7        TRIAL TECHNOLOGIST:  This is Gina Veldman.

 8        VIDEO OPERATOR:  Thank you.

 9        The court reporter today is Rosemary Locklear,

10   and she will now administer the oath.

11        ROBERT ANDRES FISHER, having been duly sworn,

12   was examined and testified as follows:

13        VIDEO OPERATOR:  Please begin.

14                    EXAMINATION

15   BY MR. ZINNA:

16   Q.    Good morning, Mr. Fisher.

17   A.    Good morning.

18   Q.    As I mentioned, I'm Mike Zinna.  My firm

19   represents Marc Jacobs International; Saks,

20   Incorporated; and Neiman Marcus Group in this

21   litigation.

22        I hope you're doing okay this morning.

23   A.    I'm doing well.  Thank you.

24   Q.    And we're here today for the case titled

25   Nirvana, L.L.C., versus Marc Jacobs International, et
```

Robert Andres Fisher

```
 1   Pettin, Baby Kissin, Corporate Rock Whores, and the

 2   handwriting that you said is yours at the bottom where

 3   it says, "Nirvana Tee Shirt (Back)," do you see a little

 4   logo there?

 5   A.      Yes.

 6   Q.      Do you know what that is?

 7   A.      That's the DGC logo, the other offshoot of

 8   Geffen.  Geffen Record Company or DGC.

 9   Q.      And did you create this document?

10   A.      Yes.

11   Q.      And why would you have put the DGC logo there?

12   A.      I believe because this version of the shirt,

13   since DGC was giving them out, they asked to have their

14   logo on it.

15   Q.      Okay.

16           MR. ZINNA:  And if we go to the next page,

17   please.

18   BY MR. ZINNA:

19   Q.      Do you know what this document is?

20   A.      This looks like a quote for the actual printing

21   of the shirts from a printer.

22   Q.      And do you see that it's dated July 26th, 1991?

23   A.      Yes.

24   Q.      So does that help refresh your recollection

25   about when the smiley would have been created?  Would it
```

Robert Andres Fisher

```
 1   have to have been at least by this date?

 2   A.       Yeah.  It would have been just before this a

 3   bit.

 4   Q.       And why was the smiley face originally created?

 5   Like, what was the original purpose for you drawing it?

 6   A.       Well, what I remember is that Nirvana, being

 7   management or band, but which I -- they wanted -- they

 8   had an old tour shirt that was -- it had the writing on

 9   the back that was kind of explicit.

10          And they wanted to make a new shirt that they

11   could sell and -- you know, like a new promo shirt they

12   could promote themselves with at -- you know, sell on --

13   in concerts, and possibly in retail, and stuff like

14   that.

15   Q.       And -- but -- so did you draw it for some other

16   purpose, but it ended up being used on the T-shirt Or

17   are you draw --

18   A.       Well, I originally drew it for a T-shirt for

19   Nirvana, and then, I guess, this -- the -- this

20   department saw it and wanted to use it for one of their,

21   like, special promos.

22   Q.       Okay.  Had you drawn smiley faces prior to

23   drawing the one we've been talking about here?

24   A.       Yes.

25   Q.       Prior to your work with Geffen?
```

Robert Andres Fisher

```
 1          MR. ZINNA:  If you could, Gina, please pull up

 2   Exhibit 4 and Exhibit 6, just for ease of reference.

 3   BY MR. ZINNA:

 4   Q.      So turning back to the smiley face that's shown

 5   in Exhibit 4 and Exhibit 6, at the time that you created

 6   these, who knew that you -- who knew that you created

 7   this smiley face?

 8   A.      At the time?

 9   Q.      Yes.

10   A.      I would assume Nirvana would, since I gave it to

11   them or supplied it to them.

12   Q.      When did you supply it to them?

13   A.      It would have been -- I don't recall the date on

14   that other order sheet, but it would have been right

15   before that, by a week or so, probably.  They needed

16   to -- they would have wanted to approve it for their

17   shirts.

18          MR. ZINNA:  So, Gina, can you just pull

19   Exhibit 7 up again quickly just to establish that date,

20   which I'll represent to you is July 26th, 1991, but I

21   just want you to see that.

22          Page 4, please.

23          Okay.

24   BY MR. ZINNA:

25   Q.      So then your testimony, Mr. Fisher, is that you
```

Robert Andres Fisher

1   would have delivered this to Nirvana before this date?

2   A.      Yes.

3   Q.      And you said "them."

4           Who at Nirvana or representing Nirvana would you

5   have delivered it to?

6   A.      Well, back then, I was mainly -- my main contact

7   was John Silva.  And he had another person in his office

8   that I remember dealing with, but I don't recall his

9   name.

10          He would send me -- you know, we'd fax back and

11  forth things, and do the messengering and things.  But

12  it would have all gone to John Silva's office.

13  Q.      And I can represent to you -- and this was in --

14  right.

15          So this was in 1991; correct?

16  A.      Correct.

17  Q.      So I can represent to you that in 1991 an entity

18  existed called Nirvana, Inc.

19          Have you ever been employed by an entity called

20  Nirvana, Inc.?

21  A.      No.

22  Q.      And have you ever received any employment

23  benefits from a company called Nirvana, Inc.?

24  A.      No.

25  Q.      Have you received any compensation from a

Robert Andres Fisher

```
 1   company called Nirvana, Inc., at all?

 2   A.      No.

 3   Q.      We've been going for about an hour.  I'm okay,

 4   but are you okay or would you like a break?

 5   A.      I'm still good.  Thanks.

 6   Q.      Okay.

 7           MR. ZINNA:  So we can pull Exhibit 7 down now,

 8   please, Gina.

 9           And if you could put Exhibit 4 back up next to

10   Exhibit 6.  Page 1.

11           Thank you.

12   BY MR. ZINNA:

13   Q.      Is there a written agreement signed by you and

14   Geffen that would state that the smiley face here is a

15   work for hire?

16   A.      No.

17   Q.      Is there a written agreement signed by you and

18   Nirvana, Inc., stating that this agreement -- this

19   smiley face is a work for hire?

20   A.      No.

21   Q.      Is there any written agreement signed by you,

22   whether or not signed by anyone else, that states that

23   this smiley face is a work for hire?

24   A.      No.

25   Q.      Okay.
```

```
 1              MR. ZINNA:  We can pull these down, please,

 2    Gina.

 3              And I'd like to go back to Exhibit 3.

 4              Okay.

 5    BY MR. ZINNA:

 6    Q.        Looking back at Exhibit 3, Mr. Fisher, do you

 7    know who created the text portion of the T-shirt on the

 8    front of the shirt, "Nirvana," in stylized typeface?

 9    A.        That would be me.

10    Q.        And so explain that to me, the creation of that.

11    A.        Well, that was the current logo that Nirvana was

12    using from their first album.  It's a BT Onyx font.

13    Q.        So maybe you misunderstood my question.

14              I'm asking not who made the decision to put the

15    word "Nirvana" there above that smiley face.  Who

16    actually created that word in that font?

17    A.        Well, I would have typeset that, if that's what

18    you're asking.

19    Q.        It is.

20    A.        To put -- yeah, I would have typeset that and

21    chose to put it there at that size, in that color.

22    Q.        Would you have chosen -- would you have been the

23    person who originally chose the font?

24    A.        It was up to my discretion, I believe.  But that

25    was the logo they were using, so I figured we'd keep
```

Robert Andres Fisher

```
 1    using it at that point.

 2    Q.      So when you say "the logo they were using," the

 3    word "Nirvana" in that typeface was originally created

 4    by someone else and then you used it in that typeface

 5    for this T-shirt; is that correct?

 6    A.      Correct.  They used it on their first album,

 7    Bleach, and then on the shirt that we were kind of doing

 8    a play off on, they used it on that as well.

 9            But I believe they -- on that shirt they have

10    the N's upside down, so I put them back the right way to

11    use it here.

12    Q.      And so do you know who originally create --

13    decided to create the word in that font?

14    A.      I'm not sure.

15    Q.      Krist Novoselic testified in his deposition that

16    it was Tam Ohrmund.

17            Is that a name that's familiar to you?

18    A.      Not really.

19    Q.      Do you know -- have you ever heard that name

20    before?

21    A.      It -- in the back of my head a little familiar,

22    but I couldn't say for sure.

23    Q.      But would you have any reason to believe that

24    Mr. Novoselic's testimony is incorrect?

25    A.      No.
```

Robert Andres Fisher

1    Q.       And you've never -- you've never communicated

2    with Ms. Ohrmund; is that correct?

3    A.       No.

4    Q.       Okay.  Continuing on with Exhibit 3, do you know

5    who created the text portion on the back of the T-shirt,

6    Flower Sniffin, Kitty Pettin, Baby Kissin, Corporate

7    Rock Whores?

8    A.       What do you mean by creating it?

9    Q.       Do you know who coined the phrase?

10   A.       I do not know.

11   Q.       Do you know when it was coined?

12   A.       Sometime before they asked me to create the

13   shirt.

14   Q.       And how did you come to decide to use that

15   phrase here?

16   A.       It was given to me to use.  It was a play off on

17   the previous tour shirt.

18   Q.       Given to you by whom?

19   A.       I'm not sure.  If I'm guessing, it would have

20   been Nirvana management, probably.

21   Q.       But it was someone who was either in Nirvana or

22   a representative of Nirvana; is that correct?

23   A.       Yes.

24            MR. ZINNA:  Gina, will you please leave this

25   document up but also pull up Page 2 of Exhibit 5.

Robert Andres Fisher

```
 1          Thank you.

 2    BY MR. ZINNA:

 3    Q.      So we already read sentence -- the first

 4    sentence of Paragraph 3 into the record, but just for

 5    continuity, Mr. Fisher, would you read the first and

 6    second sentence of Paragraph 3 into the record aloud.

 7    A.      Okay.  Let me move this out of the way.

 8            The second sentence?

 9    Q.      The first and second, please.

10    A.      Okay.  "In 1991, I created the Happy Face

11    illustration that is at the heart of the litigation

12    between Nirvana and Marc Jacobs.  I also did the graphic

13    design for the Happy Face t-shirt."

14    Q.      Thank you.

15            And so is the graphic design for the happy face

16    T-shirt that you reference here what I have been calling

17    the T-shirt design, which is shown on Page 24 of the

18    Complaint, in Exhibit 3?

19    A.      Yes, the graphic design.  That would be laying

20    it all out, the sizing, the colors.

21    Q.      Uh-huh.

22    A.      The fonts on the back, and, you know, the -- you

23    can call it --

24    Q.      Right.

25    A.      -- graphic design.
```

Robert Andres Fisher

```
 1    Q.      And by "T-shirt design," you'll recall I said I

 2    mean, you know, the graphics and the text together,

 3    everything.

 4    A.      Yes.  I put that all together.

 5    Q.      Okay.

 6            MR. ZINNA:  Gina, you can pull these down.

 7            And please pull up Tab H, as in home, and mark

 8    it as Exhibit 9.

 9            (Exhibit 9 was marked for identification.)

10            MR. ZINNA:  Thank you.

11    BY MR. ZINNA:

12    Q.      So, Mr. Fisher, I'm showing you a document

13    that's been marked as Exhibit 9, which was produced by

14    you in response to the defendants' Subpoena.

15            Have you seen this document before?

16    A.      Yes.

17    Q.      What is it?

18    A.      That is one of the 1,400 shirts that was ordered

19    that I -- that I received as a sample.

20    Q.      So those are the 1,400 shirts that you said, I

21    think, were referenced in Exhibit 7 on that handwritten

22    note; correct?

23    A.      If 7 is, like, the print order and that, yes.

24    Q.      It is.  So, thank you.

25            And are you in possession of the T-shirt in
```

Robert Andres Fisher

```
 1    these pictures?

 2    A.      Yes.

 3    Q.      And when did you come into possession of that

 4    T-shirt?

 5    A.      When they were printed, which would have been

 6    after that one date on the note.  I'm not -- I'm not

 7    sure how long the printing time was, but since it was a

 8    small run, I'm sure it was pretty fast.

 9    Q.      And have you had it in your possession since

10    then?

11    A.      Yes.  Again, in a box.

12    Q.      And did you take this photo?

13    A.      Yes.

14    Q.      And is this the T-shirt design that you created?

15    A.      Yes.

16            MR. ZINNA:  Can we see the next page, please,

17    Gina.

18    BY MR. ZINNA:

19    Q.      So do Page 1 and Page 2 of this exhibit,

20    Mr. Fisher, represent the full T-shirt design that you

21    created?

22    A.      Yes.  With the addition of the logo on the

23    sleeve.

24    Q.      And is this the T-shirt design that we also have

25    been referencing back to in Exhibit 3?
```

Robert Andres Fisher

```
 1   A.      Well, this is -- this is -- which was Exhibit 3

 2   again?

 3           MR. ZINNA:  Can we see Exhibit 3, please, Gina.

 4           THE WITNESS:  Well, that one would be a

 5   different version of it.

 6           MR. ZINNA:  Right.

 7   BY MR. ZINNA:

 8   Q.      In the sense that that's a different T-shirt.

 9           But is it the same design, the same T-shirt

10   design?

11   A.      Except for the logo on the sleeve, yes.

12   Q.      And where was this --

13           MR. ZINNA:  You can pull Exhibit 4 down, Gina.

14           Thank you.

15   BY MR. ZINNA:

16   Q.      Where was the T-shirt design created?

17   A.      Probably at Geffen.

18   Q.      And so what do you mean by "at Geffen"?

19   A.      Well, in my office at Geffen Records.

20   Q.      Was anyone present with you when you created it?

21   A.      Well, I couldn't tell you.  I don't know.  I

22   don't remember.

23   Q.      And what did you use to create it?  Can you walk

24   me through the process?

25   A.      Well, that was the Xerox machine.  I'm not sure
```

Robert Andres Fisher

```
 1    about the typesetting, if we -- it's right around the

 2    time we started using computers, but really only for

 3    typesetting.

 4           So I'm not sure if I had the -- yeah, I probably

 5    would have just done it on the computer and printed it

 6    out, and then used the Xerox copy and cut it out, and

 7    made the boards or the mechanicals, as we called them.

 8    Q.     And did anyone at Nirvana, Inc., give you any of

 9    the materials that you used to create this T-shirt

10    design?

11    A.     Not the materials, no.

12    Q.     How long did it take you to create the T-shirt

13    design?

14    A.     Like after the happy face was done?

15    Q.     Yes.

16           So how -- so how did it -- how long did it take

17    you to create the full design of this T-shirt?

18    A.     I'm not really sure.  I do remember that there

19    was some change on the copy on the back.  Like, maybe,

20    the "corporate rock whores" I did one way first and then

21    they asked -- they changed the wording a bit or

22    something.  But -- so it could have been a day or so.

23    Q.     And did someone ask you to create it?

24    A.     To create the shirt?

25    Q.     Yes.
```

Robert Andres Fisher

```
 1   Q.       And you mentioned earlier that you delivered the
 2   design to someone associated with Nirvana, but I think
 3   at that point we were talking just about the smiley
 4   face.
 5            So did you also deliver the whole design of this
 6   T-shirt to them?
 7   A.       Yes.  I would have -- I would have done a
 8   mock-up and probably sent that -- sent them that to
 9   approve.
10            And then once they said yes, then I would have
11   made a full-size mechanical of it, you know, with the
12   tracing paper and called out the colors, and then sent
13   them that, or if they would have directed me to send it
14   to a printer that they were using to make theirs.
15   Q.       And do you recall who exactly at Nirvana you
16   would have sent it to?
17   A.       Again, I would guess John Silva or his
18   assistant.
19   Q.       And would the -- would the order for the 1,400
20   shirts have been made and completed if it had not been
21   approved by Nirvana or their management?
22   A.       No.  They would -- the -- their management would
23   always have to approve it before it was used elsewhere.
24   If it's going to represent the band, they would approve
25   it.
```

Robert Andres Fisher

```
 1   question or --

 2          MR. ZINNA:  Okay.  I can --

 3          THE WITNESS:  Did someone tell me what art to

 4   use on it or something?

 5   BY MR. ZINNA:

 6   Q.      Well, let's go there.

 7          Did anyone tell you what art to use on it?

 8   A.      Well, if, say, you were working with a band and

 9   they wanted -- they would maybe put their album cover on

10   it.  So you would just, you know, have to size the art

11   and, you know, prepare all the files, or if it just --

12   you know, something like that.

13   Q.      And the T-shirt design that we're looking at

14   here in Exhibit 3, did anyone suggest changes to this

15   design to you?

16   A.      As I said earlier, I have a vague memory of

17   something in the copy changing at one point.  They just

18   redid the wording on one of the phrases on the back.  I

19   don't remember what, though.  I just have a really vague

20   memory of that, having to change it.

21   Q.      Any changes suggested to the smiley face only?

22   A.      No.  I think they liked and approved it first

23   try.

24   Q.      And did anyone have final approval over the

25   final design of this T-shirt other than you?
```

Robert Andres Fisher

```
 1    A.       It would have been Nirvana.

 2    Q.       And Geffen wasn't a T-shirt manufacturer; right?

 3    A.       No.

 4    Q.       So, as you understand it, creating T-shirts was

 5    not like an integral part of Geffen's business during

 6    this time frame; is that correct?

 7    A.       Correct.

 8    Q.       Do you know if T-shirts would be -- the

 9    manufacturing of T-shirts would be outsourced by Geffen

10    to vendors?

11    A.       The printing part or --

12    Q.       Well, any part of the process of manufacturing.

13    A.       Well, the shirts -- the printing would have

14    been.

15    Q.       Anything else you can think of?

16    A.       No.

17    Q.       And, now, thinking about this full T-shirt

18    design, as distinct from when I asked you this question

19    in a slightly different way before and it was just about

20    the smiley face, is there any written agreement signed

21    by Geffen and you that states that the T-shirt design is

22    a work made for hire?

23    A.       No.

24    Q.       Is there any agreement between Nirvana, Inc.,

25    and you that states that the T-shirt design is a work
```

Robert Andres Fisher

```
 1   made for hire?

 2   A.      No.

 3   Q.      Is there any agreement signed by you, whether

 4   signed by any other party, that states that the T-shirt

 5   design is a work made for hire?

 6   A.      No.

 7   Q.      And thinking back to 1991, at the time when you

 8   created the smiley face and the T-shirt design, was it

 9   easy for members of the band Nirvana or their management

10   to get in touch with you?

11   A.      Yes.

12   Q.      I mean, you were basically just, I don't know, a

13   phone call away probably; correct?

14   A.      Yes.  Or a fax.

15   Q.      In those days, I guess, yeah.

16   A.      Okay.

17   Q.      And do you post content on Instagram at the

18   handle @NirvanaBucket?

19   A.      Yes.

20   Q.      And are you aware that Dave Grohl's official

21   Instagram account follows that account?

22   A.      Oh, I didn't know.  No.

23           MR. ZINNA:  Gina, can you pull Tab K, and mark

24   it as Exhibit 10.  K, as in Karen.

25           (Exhibit 10 was marked for identification.)
```

Robert Andres Fisher

```
 1   you have in your possession?

 2   A.      Yes.

 3   Q.      Did you wear this T-shirt?

 4   A.      A bit, yes.  You can tell.

 5   Q.      Did you use it for anything else?

 6   A.      That was the reference shirt that I based the

 7   smiley face shirt off of.

 8   Q.      So --

 9   A.      So I would have -- I would have referred to this

10   shirt when creating the smiley face design.

11   Q.      And so how did you do that?  Could you walk me

12   through that process?

13   A.      Well, they -- this is the shirt that they

14   asked that I -- we want -- they wanted to make a

15   different version, as I said.

16           When they provided me the other copy, they

17   wanted to do like a less explicit -- you know, the copy

18   on the back, if you could show the other side, but --

19   because this was a shirt that they sold on tour, and so

20   I was given this as kind of the direction to make

21   something funny that would, you know -- that they could

22   use.

23   Q.      Uh-huh.  And I know you testified that you

24   didn't create the saying that's on the back of the

25   T-shirt design that you did create, but do you consider
```

Robert Andres Fisher

```
 1   using the word "whores," which is on that T-shirt, less

 2   inflammatory than, say, "fudge packin" or

 3   "motherfuckers"?

 4          MR. DEIXLER:  Objection.  It's irrelevant.  No

 5   foundation.

 6          THE WITNESS:  Well, "corporate rock whores,"

 7   it's more of a joke.  Where this -- this is a little --

 8   you know, it has Dante's Inferno, Nine Rings of Hell,

 9   it's a little more sinister, where the other one was

10   obviously more of a joke.

11   BY MR. ZINNA:

12   Q.     So -- so --

13   A.     I wouldn't -- I wouldn't say whores is -- I

14   mean, I wouldn't use it now, but back then, it was -- it

15   wasn't as -- it was way less explicit than this on the

16   back.

17   Q.     And so thinking about, you've called that

18   saying, it was a bit of a joke, you mean like tongue in

19   cheek almost?

20   A.     Yes.

21   Q.     And so did that concept of a joke or tongue in

22   cheek help inform your design of the smiley face?

23   A.     Yes.

24   Q.     And how so?

25   A.     Well, it -- I wanted to do something almost like
```

Robert Andres Fisher

```
 1   completely opposite, you know, the Rings of Hell,

 2   Dante's Inferno or whatever, so I wanted to do something

 3   really light and funny.  So that's what -- how I kind of

 4   came up with the smiley face.

 5         And then it being so tongue in cheek, that's why

 6   I put the tongue on the side, kind of on the cheek, as a

 7   little nod to tongue in cheek.

 8   Q.    Did you use this T-shirt for anything else?

 9   A.    No.

10         MR. ZINNA:  Okay.  Gina, if you could, please,

11   pull Tab M, and mark it as Exhibit 18.

12         (Exhibit 18 was marked for identification.)

13   BY MR. ZINNA:

14   Q.    So, Mr. Fisher, I'm now showing you what's been

15   marked as Exhibit 18, which is a document that you

16   produced in response to the Subpoena that the defendants

17   served on you in this case.

18         Have you seen this document before?

19   A.    Yes.

20   Q.    What is it?

21   A.    This is one of the budget sheets that I would

22   have filled out when I began working with Nirvana.  When

23   we first started, the album was titled Sheep before it

24   was changed to Nevermind.

25   Q.    And what would this -- what would this document
```

Robert Andres Fisher

```
 1    to come off as someone that, you know, is suing people
 2    all the time or -- but I just felt I needed to stand up
 3    for my rights.
 4    Q.      But in doing that, I mean, there's not a lot of
 5    upside to that for you; is that correct?
 6    A.      I'm -- I don't know for sure anything about
 7    that.
 8    Q.      Yeah.  I mean, do you feel that you have
 9    something to lose by doing this, not just something to
10    gain?
11    A.      It's possible.
12    Q.      Is there anything else that we haven't discussed
13    that you think causes you to be in a precarious
14    situation over this?
15    A.      Well, I've been working with Nirvana for 30
16    years doing all their art and design, and --
17    Q.      So --
18    A.      -- I would guess this is going to put a rift
19    between us.
20    Q.      You probably wouldn't be making -- you probably
21    wouldn't make a rash decision to do something like that.
22    A.      No.  I had -- I had to think long and hard about
23    this.
24    Q.      Ultimately, you just feel like you have to
25    possibly stand up for your rights; correct?
```

Robert Andres Fisher

```
 1   STATE OF CALIFORNIA              )

 2   COUNTY OF LOS ANGELES            )

 3           I, ROSEMARY LOCKLEAR, a Certified Shorthand

 4   Reporter of the State of California, duly authorized to

 5   administer oaths pursuant to Section 2025 of the

 6   California Code of Civil Procedure, do hereby certify

 7   that

 8           ROBERT ANDRES FISHER, the witness in the

 9   foregoing deposition, was by me duly remotely sworn to

10   testify the truth, the whole truth and nothing but the

11   truth in the within-entitled cause; that said testimony

12   of said witness was stenographically reported by me, a

13   disinterested person, and was thereafter transcribed

14   under my direction into typewriting and is a true and

15   correct transcription of said proceedings, to the best

16   of my ability.

17           I DO FURTHER CERTIFY that I am neither a

18   relative nor employee nor attorney nor counsel of any of

19   the parties to this action, and that I am neither a

20   relative nor employee of such attorney or counsel, and

21   that I am not financially interested in the action.

22

23   _Rosemary Locklear_

24   ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969

25   Dated:
```

Robert Andres Fisher

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3

 4              Please read your deposition over carefully and

 5    make any necessary corrections.  You should state the

 6    reason in the appropriate space on the Errata Sheet for

 7    any corrections that are made.

 8              After doing so, please sign the Errata Sheet

 9    and date it.

10              You are signing same subject to the changes

11    you have noted on the Errata Sheet, which will be

12    attached to your deposition.

13              It is imperative that you return the original

14    Errata Sheet to the deposing attorney within thirty (30)

15    days of receipt of the deposition transcript by you.  If

16    you fail to do so, the deposition transcript may be

17    deemed to be accurate and may be used in court.

18

19

20

21

22

23

24

25
```

Robert Andres Fisher

```
1                    E R R A T A

2                    - - - - - -

3

4    PAGE  LINE  CHANGE

5    ____  ____  _____

6    REASON:_____

7

8    PAGE  LINE  CHANGE

9    ____  ____  _____

10   REASON:_____

11

12   PAGE  LINE  CHANGE

13   ____  ____  _____

14   REASON:_____

15

16   PAGE  LINE  CHANGE

17   ____  ____  _____

18   REASON:_____

19

20   PAGE  LINE  CHANGE

21   ____  ____  _____

22   REASON:_____

23

24

25
```

Robert Andres Fisher

```
 1                  ACKNOWLEDGEMENT OF DEPONENT

 2

 3

 4        I, _____, do hereby certify

 5   that I have read the foregoing pages, and that the same

 6   is a correct transcription of the answers given by me to

 7   the questions therein propounded, except for the

 8   corrections or changes in form or substance, if any,

 9   noted in the attached Errata Sheet.

10

11

12

13   _____

14   ROBERT ANDRES FISHER                        DATE

15

16   Subscribed and sworn
     to before me this

17   _____ day of _____, 20____.

18
     My commission expires:_____

19

20   _____
     Notary Public

21

22

23

24

25
```

Robert Andres Fisher

```
  1                          LAWYER'S NOTES

  2     PAGE LINE

  3     _____    _____   _____

  4     _____    _____   _____

  5     _____    _____   _____

  6     _____    _____   _____

  7     _____    _____   _____

  8     _____    _____   _____

  9     _____    _____   _____

 10     _____    _____   _____

 11     _____    _____   _____

 12     _____    _____   _____

 13     _____    _____   _____

 14     _____    _____   _____

 15     _____    _____   _____

 16     _____    _____   _____

 17     _____    _____   _____

 18     _____    _____   _____

 19     _____    _____   _____

 20     _____    _____   _____

 21     _____    _____   _____

 22     _____    _____   _____

 23     _____    _____   _____

 24     _____    _____   _____

 25     _____    _____   _____
```