# EXHIBIT 11

CONFIDENTIAL

Page 1

```
              UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN
                        DIVISION

  NIRVANA LLC, a             )
  Washington Limited         )
  Liability Company,         )
                             )
           Plaintiff,        )
                             ) Case No.
       v.                    ) 2:18-cv-10743-
                             ) JAK-SK
  MARK JACOBS                )
  INTERNATIONAL, LLC, A      )
  Delaware Limited           )
  Liability Company SAKS     )
  INCORPORATED, d/b/a        )
  SAKS FIFTH AVENUE, a       )
  Tennessee Corporation;     )
  NEIMAN MARCUS GROUP        )
  LIMITED, LLC, A            )
  Delaware Limited           )
  Liability Company, and     )
  Does 1 through 10,         )
                             )
           Defendants.       )
  _____)

                     CONFIDENTIAL

                         February 25, 2020
                         9:39 A.M.
           DEPOSITION OF MARC JACOBS, a
  Defendant, held at the offices of Regus,
  250 Park Avenue, New York, New York,
  before Sandra Noel Bartels, a stenographic
  reporter and Notary Public of the State of
  New York.
```

```
 1   A P P E A R A N C E S:
 2
 3       KENDALL BRILL & KELLY, L.L.P.
         Attorneys for Plaintiff
 4           10100 Santa Monica Boulevard
             Suite 1725
 5           Los Angeles, California 90067
         BY:  BERT DEIXLER, ESQ.
 6            SARAH E. MOSES, ESQ.
 7
         RIMON, P.C.
 8       Attorneys for Plaintiff
             2029 Century Park East
 9           Suite 400N
             Los Angeles, California 90067
10       BY:  JILL BERLINER ESQ.
11
         KELLEY DRYE & WARREN, L.L.P.
12       Attorneys for Defendants
             101 Park Avenue
13           New York, New York 10178
         BY:  MICHAEL J. ZINNA, ESQ.
14
15           ALSO PRESENT:
             Phil Glauberson, Videographer.
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

Page 3

1         STIPULATIONS
2      IT IS HEREBY STIPULATED AND AGREED, by
3  and among counsel for the respective
4  parties hereto, that the filing, sealing
5  and certification of the within deposition
6  shall be and the same are hereby waived;
7      IT IS FURTHER STIPULATED AND AGREED
8  that all objections, except as to form of
9  the question, shall be reserved to the
10 time of the trial;
11     IT IS FURTHER STIPULATED AND AGREED
12 that the within deposition may be signed
13 before any Notary Public with the same
14 force and effect as if signed and sworn to
15 before the Court.
16             *     *     *
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 4

1     THE VIDEOGRAPHER:  Good morning.
2     We are going on the record at 9:39
3     A.M. on February 25, 2020.  Please
4     note that the microphones are
5     sensitive and may pick up whispering,
6     private conversations and cellular
7     interference.  Please turn off all
8     cellphones or place them away from the
9     microphones as they can interfere with
10    the deposition audio.  Audio and video
11    recording will continue to take place
12    unless all parties agree to go off the
13    record.  This is video one of the
14    video recorded deposition of Marc
15    Jacobs in the matter of Nirvana, LLC,
16    versus, Marc Jacobs International,
17    LLC, et al., filed in the United
18    States District Court, Central
19    District of California, Western
20    Division, Case No.
21    218-CV-10743-JAK-SK.  This deposition
22    is being held at Regus, located at
23    250 Park Avenue, New York, New York.
24    My name is Phil Glauberson from the
25    firm Veritext and I am the

CONFIDENTIAL

Page 5

1  videographer.  The court reporter is
2  Sandra Bartels from Veritext.  I am
3  not authorized to administer an oath.
4  I am not related to any party in this
5  action nor am I financially interested
6  in the outcome.  Counsel and all
7  present in the room will now state
8  their appearances and affiliations for
9  the record.
10         MR. DEIXLER:  Bert Deixler of
11  Kendall, Brill & Kelly on behalf of
12  plaintiff.
13         MS. MOSES:  Sarah Moses, Kendall,
14  Brill & Kelly on behalf of plaintiff.
15         MS. BERLINER:  Jill Berliner,
16  Rimon Law, on behalf of the plaintiff.
17         MR. ZINNA:  Michael Zinna from
18  Kelly Drye & Warren on behalf of
19  defendants.
20         THE VIDEOGRAPHER:  Will the court
21  reporter please swear in the witness.
22  M A R C    J A C O B S, called as a
23  witness, having been duly sworn by a
24  Notary Public, was examined and testified
25  as follows:

CONFIDENTIAL

Page 6

```
 1   EXAMINATION BY
 2   MR. DEIXLER:
 3       Q.   Good morning, Mr. Jacobs.
 4       A.   Good morning.
 5       Q.   Mr. Jacobs, you understand your
 6   testimony today is under oath and subject
 7   to the penalty of perjury?
 8       A.   Yes.
 9       Q.   You understand we are proceeding
10   in this informal setting as though you are
11   testifying in the United States District
12   Court for the Central District of
13   California?
14       A.   Yes.
15       Q.   And you understand that the
16   videotape of this deposition will be
17   played for a jury in the Central District
18   of California.  Do you understand that?
19       A.   Okay.
20       Q.   I'm going to ask you a series of
21   questions to which I would expect you give
22   me answers.  If at any time I ask you a
23   question that you don't understand, will
24   you tell me that?
25       A.   Yes.
```

Page 112

1  mine.  And so are a lot of smiley faces.
2  Have you ever seen the have a nice day
3  logo?
4      Q.   And so you offered for sale
5  commercially a smiley face in the 1980s, a
6  T-shirt or a dress or socks?
7      A.   We had T-shirts, yes, and I think
8  pins, badges as well.
9      Q.   And that was in the 1980s?
10     A.   Yeah, do you want to see it?
11     Q.   Yeah, that would be great.
12     A.   I looked it up when we were on
13 the break.  This is 1985.  I just looked
14 it up.  That was 1985, that was before
15 Nirvana.  And we made sweaters and a
16 T-shirt.
17     Q.   Could you send this -- is that --
18          MR. ZINNA:  We are not going to
19     send that.  That's in the record, that
20     picture, already.
21 BY MR. DEIXLER:
22     Q.   Is that a picture of you?
23     A.   Yeah.
24     Q.   You can take a picture of it.
25 You can also look it up.  That's all I

CONFIDENTIAL

```
                                                      Page 353
 1
 2   STATE OF _____ )
 3                           )  :ss
 4   COUNTY OF _____)
 5
 6
 7           I, MARC JACOBS, the witness
 8   herein, having read the foregoing
 9   testimony of the pages of this deposition,
10   do hereby certify it to be a true and
11   correct transcript, subject to the
12   corrections, if any, shown on the attached
13   page.
14
15                          _____
16                          MARC JACOBS
17
18
19
20   Sworn and subscribed to before me,
21   this _____ day of _____, 2020.
22
23   _____
24          Notary Public
25
```

```
 1                    CERTIFICATE
 2
     STATE OF NEW YORK        )
 3                             :  SS.:
     COUNTY OF ORANGE          )
 4
 5           I, SANDRA NOEL BARTELS, a Notary
 6   Public for and within the State of New
 7   York, do hereby certify:
 8           That the witness whose
 9   examination is hereinbefore set forth was
10   duly sworn and that such examination is a
11   true record of the testimony given by that
12   witness.
13           I further certify that I am not
14   related to any of the parties to this
15   action by blood or by marriage and that I
16   am in no way interested in the outcome of
17   this matter.
18           IN WITNESS WHEREOF, I have
19   hereunto set my hand this 10th day of
20   March 2020.
21
22                   [Signature: Sandra N. Bartels]
23                   SANDRA NOEL BARTELS
24
25
```

CONFIDENTIAL

Page 355

```
 1         ---------------- I N D E X ----------------
 2         WITNESS              EXAMINATION BY           PAGE
 3         M. JACOBS            MR. DEIXLER              6
 4
 5         ---------------- EXHIBITS ----------------
 6         NUMBER               DESCRIPTION              PAGE
 7         Exhibit 20           MJI-Nirvana 00658-662    228
 8         Exhibit 21           MJI-Nirvana 003169-3175  240
 9         Exhibit 22           MJI-Nirvana 000085-098   253
10         Exhibit 23           MJI-Nirvana 00960-2973   265
11         Exhibit 24           MJI-Nirvana 000635-642   285
12         Exhibit 25           MJI-Nirvana 003126-3131  290
13         Exhibit 26           MJI-Nirvana 001054-001059 295
14         Exhibit 27           MJI-Nirvana 001077       304
15         Exhibit 28           MJI-Nirvana 000476       312
16         Exhibit 29           MJI-Nirvana 000077-081   316
17         Exhibit 30           MJI-Nirvana 000059-074   324
18         Exhibit 31           MIJ-0000047              344
19         Exhibit 32           MJI-Nirvana 000049       333
20         Exhibit 33           MJI-Nirvana 000393-420   334
21         Exhibit 34           MJI-Nirvana 000001-006   338
22         Exhibit 35           MJI-Nirvana 000045-046   342
23         Exhibit 36           MJI-Nirvana 002993-2995  344
24         Exhibit 37           MJI-Nirvana 000562-574   347
25
```

CONFIDENTIAL

Page 356

1 INSTRUCTIONS TO WITNESS

3      Please read your deposition over carefully
4 and make any necessary corrections. You should state
5 the reason in the appropriate space on the errata
6 sheet for any corrections that are made.
7      After doing so, please sign the errata sheet
8 and date it.
9      You are signing same subject to the changes
10 you have noted on the errata sheet, which will be
11 attached to your deposition.
12      It is imperative that you return the original
13 errata sheet to the deposing attorney within thirty
14 (30) days of receipt of the deposition transcript by
15 you. If you fail to do so, the deposition transcript
16 may be deemed to be accurate and may be used in court.

CONFIDENTIAL

Page 357

1     **E R R A T A**

2

3

4

5     I wish to make the following changes,

6     for the following reasons:

7

8     PAGE LINE

9     ___ ___ CHANGE:_____

10    REASON:_____

11    ___ ___ CHANGE:_____

12    REASON:_____

13    ___ ___ CHANGE:_____

14    REASON:_____

15    ___ ___ CHANGE: _____

16    REASON:_____

17    ___ ___ CHANGE: _____

18    REASON:_____

19

20    _____      _____
             MARC JACOBS                       DATE

21

22    SUBSCRIBED AND SWORN TO BEFORE

23    ME THIS ___DAY OF_____, 20 .

24

      _____       _____
25    NOTARY PUBLIC              COMMISSION EXPIRES