# EXHIBIT 35







EXHIBIT B - PAGE 1










EXHIBIT C

Nirvana T-Shirt — Radio Lists & Sets

PROD. COST

GEFFEN RECORDS

| | |
|---|---|
| Metal Dbl | 168. |
| Metal B | 264 |
| Alt Dbl | 159. |
| Alt B | 714 |
| | 1305 |

+ padding (1400)

Hall
800 / def BBRD — { A Retail
600 { Uni
{ Tower

From the desk of
**Robin Rothman**

NIRVANA TEE SHIRT (FRONT)

EXHIBIT D - PAGE 1

NIRVANA TEE SHIRT (FRONT)

EXHIBIT D - PAGE 2

# FLOWER SNIFFIN
# KITTY PETTIN
# BABY KISSIN
# CORPORATE ROCK
# WHORES



NIRVANA TEE SHIRT  (BACK)





**DAVID GEFFEN COMPANY**

## AD/MERCH FACSIMILE COVER SHEET

DATE: July 26, 1991
TO: B & H
ATTN: Hadi Salem
FROM: Laurel Steven

TOTAL PAGES SENT: 3

*Virgin* *Hints of the loom*
*( art will be larger )*

As discussed with Karen, enclosed is a copy of the art for the approximately 1400 NIRVANA T-shirts that we would like to have you produce.

I would like to have you price them four ways:

      1) Black shirt with White imprint    *4.20*    *$25 screens*
      2) Black shirt with Yellow imprint
      3) Black shirt with Yellow imprint on the front and White imprint
         on back
      4) White shirt with Black imprint    *3.90*

Also, we may want to put the DGC logo on the sleeve instead of on the back - please let me know what the additional cost for this would be.

*.30*

Thank you.

*4.30*
*.30*
*$ 4.60*

*6 screens*
*$150*

If you did not receive total pages sent, please call (213) 285-2753 or Fax (213) 275-6933.







11 x 17 Poster



8.5 x 11 Flyer







Found in NIRVANA LAW SUIT Mailbox

**Mike Wilkinson** 📎                                    November 27, 2019 at 4:33 PM  
Re: Smiley Face Lawsuit
To:  Robert Fisher

Youre welcome Robert!
I thought this was a major crock of bullshit from day one when I first saw this crap.
https://www.teetendance.xyz/products/heaven-marc-jacobs-nirvana-shirt-39987?
variant=1000000151012714&gclid=EAIaIQobChMI1I6e9NOL5gIV5B-
tBh3A9QjXEAQYAiABEgLvgfD_BwE



### Heaven Marc Jacobs Nirvana Shirt

Heaven Marc Jacobs Nirvana Shirt ALL PRODUCTS ARE
PRINTED ON DEMAND, NOT GENUINE, MADE AND SHIP
FROM USA.- Pre-shrunk 100% cotton - Double-needle
stitched neckline, bottom hem and sleeves - Seven-eighths
inch seamless collar - Shoulder-to-shoulder taping - Tearaway
label - Made in the USA. - 100% satisfaction guarantee

www.teetendance.xyz

LAWSUIT TIME!!
May NIRVANA prevail against this shameless sleazebag!
Have a good one man.
Mike

See More from ROBERT FISHER

---

Found in Sent - robert@ffstudio.us Mailbox

**Robert Fisher** 📎                                    November 27, 2019 at 3:56 PM  
Re: Smiley Face Lawsuit
To:  Mike Wilkinson

Actually thanks a ton!
Boy were they excited to hear from me. I can't believe they never thought to ask the bands ART director about it.
Anyway looks like I'll be getting involved now. Keep it under wraps though please.

R



FLYING
FISH
STUDIO
L O S   A N G E L E S
**ROBERT FISHER**
CREATIVE DIRECTOR
OFFICE 818-347-2310
robert@ffstudio.us
WWW.FFSTUDIO.US

https://www.instagram.com/flyingfishstudiola/

See More from Mike Wilkinson

**Mike Wilkinson**

Smiley Face Lawsuit

To: Robert Fisher

□ NIRVANA LAW SUIT   November 27, 2019 at 9:59 AM



Hi Robert, are you privy to this Smiley Face Logo bullshit re: Marc Jacobs?
Not sure if you want to get involved with this mess, but it looks like this guy is making headway spreading damned lies, and you might put him in his place.
https://www.hollywoodreporter.com/thr-esq/marc-jacobs-countersues-nirvana-smiley-face-design-1258256



### Marc Jacobs Countersues Nirvana Over Smiley Face Design | Hollywood Reporter

Marc Jacobs has doubts that Kurt Cobain created a smiley face design that is the subject of an ongoing legal fight. On Tuesday, via counterclaims against Nirvana, the fashion designer seeks a …

www.hollywoodreporter.com

***

Happy Thanksgiving!
Cheers,
Mike

☆ **Robert Fisher**   📎  November 27, 2019 at 1:34 PM

Fwd: Smiley Face Lawsuit

To: Michael Meisel

Hey Michael,
Hope all is well with you and family

I've been hearing about this case with MJ. If you need any help I'm the one that drew the smiley face logo. It was
for a shirt and I know we also used it on the flyer for the Teen Spirit video shoot to get kids to come down. so that
helps date it.

If you're involved with this BS at all and need me for anything let me know.
I'd be happy to help.

Best,
Robert



https://www.instagram.com/flyingfishstudiola/

**See More** from Mike Wilkinson

EXHIBIT I - PAGE 1

**Robert Fisher** 📎 
Exhibit A

Sent -...ffstudio.us   November 27, 2019 at 3:33 PM

**To:** Michael Meisel

Found the original Xerox blowup of it. Can be carbon dated 😋



☆ Robert Fisher  📎               November 27, 2019 at 5:44 PM   
Earlier use of logo
To:  Michael Meisel

I also used it here for this flyer the week of Aug 17.
I'm 99% sure I originally drew it for the promo tee shirt. I remember doing a few versions one had $ $ for eyes.
Anything I can do to help. Let me know

Robert



Robert Fisher
FLYING FISH STUDIO
818-347-2310
www.flyingfishstudio.us

EXHIBIT I - PAGE 3

Found in NIRVANA LAW SUIT Mailbox

**Michael Meisel**                                                  November 27, 2019 at 7:04 PM

Re: Earlier use of logo

To:  Robert Fisher



Thanks so much.   For now, just sit tight and stay quiet.  We'll speak next week.  Enjoy a great holiday with your family.

Michael Meisel
SILVA ARTIST MANAGEMENT
Office:  323.856.8226

> On Nov 27, 2019, at 5:44 PM, Robert@ffstudio.us <robert@ffstudio.us> wrote:
>
> I also used it here for this flyer the week of Aug 17.
> I'm 99% sure I originally drew it for the promo tee shirt. I remember doing a few versions one had $ $ for eyes.
> Anything I can do to help. Let me know
>
> Robert
>
> <IMG_4016.JPG>
>
>
> Robert Fisher
> FLYING FISH STUDIO
> 818-347-2310
> www.flyingfishstudio.us

EXHIBIT I - PAGE 4

Date Prepared _____

# GEFFEN RECORDS PACKAGING BUDGET

| | | | |
|---|---|---|---|
| **Artist** | *NIRVANA* | **Art Director** | ROBERT FISHER |
| **Title** | SHEEP | **Photographer** | MICHAEL LAVINE |
| **Catalog #** | | **Shoot Date** | 5/23 |
| **Budget** | | **Illustrator** | |
| **Manager** | | **Designer** | R.F. |
| **Mech Due** | | **Dust Sleeve** | |
| **Street Due** | | **Special Pkg.** | |

| | | |
|---|---|---|
| Art Director/Designer Fee | | $ 0 |
| Designer Expenses | | 0 |
| Photographer Fee | | 3500⁰⁰ |
| Photographer Expenses | +ASSISTANTS | 2656.50 |
| Prop/Set Expenses | TEKNO 1 DAY | 275 |
| Stylist Fee | | 0 |
| Stylist Expenses | | 0 |
| Make-up Artist Fee | ¢ HAIR | 400 |
| Hairstylist Fee | | ABOVE |
| Airfare/Travel | TRANS. TO AIR PORT $70    932 | |
| Hotel | | 249.75 |
| Car Rental | | 200 |
| Reflective Art | | 300 |
| Retouching | | 800 |
| Comps | | 400 |
| Illustrator Fee | | 0 |
| Logo Fee | | 0 |
| Type—Front & Back Covers | | 500 |
| Type—Dust Sleeve/Lyrics | | 1000 |
| Stats | | 250 |
| Other | DYNA TYPE | $ 500 |

*Estimate*

| **Total** | $ 10,756 ²⁵ |
|---|---|

EXHIBIT J