**KELLEY DRYE & WARREN LLP**
Andrew W. Homer (State Bar No. 259852)
ahomer@kelleydrye.com
Tahir L. Boykins (State Bar No. 323441)
tboykins@kelleydrye.com
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 712-6100
Facsimile: (310) 712-6199

**KELLEY DRYE & WARREN LLP**
Michael J. Zinna (*pro hac vice*)
mzinna@kelleydrye.com
Whitney M. Smith (*pro hac vice*)
wsmith@kelleydrye.com
Kerianne Losier (*pro hac vice*)
klosier@kelleydrye.com
Stephanie A. Grob (*pro hac vice*)
sgrob@kelleydrye.com
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants and Counterclaim Plaintiffs*
*Marc Jacobs International, LLC,*
*Saks Incorporated, d/b/a Saks Fifth Avenue, and*
*Neiman Marcus Group Limited, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRVANA, L.L.C.,<br><br>             Plaintiff,<br><br>      v.<br><br>MARC JACOBS INTERNATIONAL L.L.C., et al.,<br><br>             Defendants.<br>MARC JACOBS INTERNATIONAL L.L.C., et al.,<br><br>             Counterclaim Plaintiffs,<br><br>      v.<br><br>NIRVANA, L.L.C.,<br><br>             Counterclaim Defendant. | Case No.: 2:18-cv-10743-JAK-SK<br><br>**APPLICATION FOR LEAVE TO FILE MOTION TO STAY**<br><br>Honorable John A. Kronstadt<br><br>Hearing Date: June 7, 2021<br>Hearing Time: 8:30 a.m.<br>Courtroom: 10B |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that on June 7, 2021 at 8:30 a.m., in the courtroom of the Honorable John A. Kronstadt, located at 350 W 1st Street, Los Angeles, CA 90012, Courtroom 10B, Defendants and Counterclaim Plaintiffs Marc Jacobs International, LLC and Saks Incorporated, d/b/a Saks Fifth Avenue ("Saks") (together, "Defendants" unless otherwise specifically designated)[1] will and hereby apply for leave to file a motion to stay (the "Proposed Motion") after the deadline to file all motions (the "Application").

The deadline to file all motions expired on November 2, 2020. ECF 102. On November 11, 2020, Plaintiff and Counterclaim Defendant Nirvana LLC ("Plaintiff" or "Nirvana") filed *Nirvana LLC v. Robert Fisher*, 2:20-cv-10324 (the "Fisher Case"), in this Court for declaratory judgment that Plaintiff owns the '166 Registration and that Proposed Plaintiff-In-Intervention Mr. Robert Fisher ("Fisher" or "Plaintiff-In-Intervention") does not own a valid copyright in the Disputed Smiley, among other relief. Plaintiff filed a notice of related case in the Fisher Case stating, "[b]oth this case and the related case call for a determination of the same or substantially identical questions of law and fact relating to copyright ownership of that work registered for copyright as the 'Happy Face' t-shirt design, Registration No. VA0000564166, that is presently at issue in *Nirvana L.L.C. v. Mark Jacobs International L.L.C.; Saks Incorporated, d/b/a Saks Fifth Avenue; Neiman Marcus*

---

[1] On May 7, 2020, Neiman Marcus Group LTD LLC ("NMG") and its debtor affiliates filed petitions for chapter 11 bankruptcy, which initiated the bankruptcy cases captioned In re Neiman Marcus Group LTD LLC, et al., Case No. 20-32519 (DRJ) (Bankr. S.D. Tex.) Nirvana LLC was scheduled on the Reorganized Debtors' Schedules as a contingent and unliquidated claim. Nirvana LLC did not file a proof of claim. Article I.A.32 of the bankruptcy plan states that "[a]ny claim that has been . . . listed in the Schedules as contingent, unliquidated, or disputed, and for which no proof of claim is or has been timely filed . . . shall be expunged without further action by the Debtors and without further notice to any party or action, approval, or order." Thus, Nirvana LLC's claims against NMG were expunged as of Sept. 25, 2020, and Nirvana LLC is barred from asserting its claim against those entities.

1  *Group Limited, L.L.C., et al.,* U.S.D.C., Central District of California Case No.
2  2:18-cv-10743-JAK-SK, and therefore, are likely to entail substantial duplication of
3  labor for the judges assigned each respective case." Fisher Case, ECF 5.
4       As explained in the Proposed Motion, Defendants will likely be prejudiced if
5  this Action moves closer to trial prior to resolution of the Fisher Case. The need for
6  this stay of proceedings arose after the deadline to file all motions had passed, the
7  failure to file prior to the deadline was by no fault of Defendants, and the request is
8  made in good faith. Leave to file the Proposed Motion is essential for Defendants'
9  motion to be properly considered by the Court and to preserve Defendants' rights.
10 For the reasons stated above and because it will serve the interests of justice for
11 Defendants' motion to be presented to the Court with its supporting papers, good
12 cause exists for leave to file the motion to stay.
13      This Application for leave to file the Proposed Motion is based upon this
14 Application, and the concurrently filed Declaration of Michael J. Zinna ("Zinna
15 Decl."), Notice of Proposed Motion and Proposed Motion to Stay, Proposed Order
16 granting this Application, Proposed Order granting Motion to Stay, and upon such
17 other and further matters as may be presented at any hearing on this motion. This
18 Application is made pursuant to Local Rule 7-3. Counsel met and conferred on
19 February 5, 2021. Plaintiff informed Defendants it opposes the Application. Zinna
20 Decl. ¶ 4.
21      In light of the forgoing, Defendants respectfully request that their present
22 Application for leave to file the Proposed Motion to stay past the motion deadline
23 be granted.

| | | |
|---|---|---|
| 1 | DATED: February 17, 2021 | KELLEY DRYE & WARREN LLP |

Michael J. Zinna (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
Kerianne Losier (*pro hac vice*)
Stephanie A. Grob (*pro hac vice*)
Andrew W. Homer
Tahir L. Boykins

By  */s/ Michael J. Zinna*
     Michael J. Zinna

*Attorneys for Defendants and Counterclaim Plaintiffs Marc Jacobs International, LLC; Saks Incorporated, d/b/a Saks Fifth Avenue; and Neiman Marcus Group Limited, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2021, a true and correct copy of the foregoing APPLICATION FOR LEAVE TO FILE MOTION TO STAY was filed electronically with the Clerk of the above-captioned Court utilizing the Court's CM/ECF system, resulting in an automatic transmission of a Notice of Electronic Filing to all counsel of record in the above-referenced proceeding.

By  */s/ Michael J. Zinna*
     Michael J. Zinna