Mark S. Lee (SBN 94103)
mark.lee@rimonlaw.com
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067
Telephone: 310.361.5776
Facsimile: 310.361.5776

Attorneys for Plaintiff NIRVANA, L.L.C.

Bert H. Deixler (SBN 70614)
bdeixler@kbkfirm.com
Patrick J. Somers (SBN 318766)
psomers@kbkfirm.com
KENDALL BRILL & KELLY LLP 10100
Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIRVANA, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MARC JACOBS INTERNATIONAL L.L.C., et al., an individual,<br><br>Defendant.<br><br>AND RELATED CLAIMS, | Case No. 2:18-CV-10743-JAK (SKx)<br><br>**JOINT REPORT RE SETTLEMENT PROCEEDINGS AND TRIAL SETTING CONFERENCE**<br><br>The Hon. The Honorable John A. Kronstadt |

Pursuant to this Court's order of December 21, 2023, as amended by its order of January 5, 2024, the parties provide the following joint report describing their positions on settlement and a trial setting conference.

### I. POSITION REGARDING SETTLEMENT

There have been no significant settlement discussions amongst or between the parties since the filing of the motions this Court ruled upon in its December 21, 2023 Order.

All of the parties believe that further settlement proceedings should be

scheduled in this action before a mutually agreeable mediator within 120 days.

## II.   POSITIONS REGARDING TRIAL SETTING CONFERENCE

Plaintiff Nirvana L.L.C. believes that a Trial Setting Conference should be scheduled 30 days after further settlement proceedings or within 150 days, whichever occurs first.

Plaintiff-in-Intervention Robert Fisher objects to the setting of a trial date, and has moved to stay these proceedings so that he can appeal certain aspects of this Court's December 21, 2023 order, as set forth in Dkt. No. 241.

Defendant Marc Jacobs International L.L.C. ("MJI") believes that it would be most appropriate to postpone a Trial Setting Conference and setting a trial date until Mr. Fisher's pending motion for certification for appellate review (Dkt. No. 241) and any resultant appeal are decided, consistent with the arguments made in Mr. Fisher's pending motion to stay. MJI respectfully suggests that the parties be ordered to submit a status report within 10 business days of either: (1) the conclusion of their forthcoming mediation if the case is resolved or (2) final determination of Mr. Fisher's motion for certification or (3) a final ruling on any resultant appeal by Mr. Fisher, whichever is latest. MJI asserts that this case will only require a trial if mediation is not successful, and the case will only be ready for trial after Mr. Fisher's role in that trial is determined.

Dated:  January 25, 2024            RIMON, P.C.
                                    KENDALL BRILL & KELLY LLP

                                    By:  /s/ Mark S. Lee
                                         Mark S. Lee
                                         RIMON, P.C.
                                         2029 Century Park East, Suite 400N
                                         Los Angeles, California  90067

                                         Bert H. Deixler
                                         Patrick J. Somers
                                         KENDALL BRILL & KELLY LLP

|   |   |
|---|---|
|   | 10100 Santa Monica Boulevard, Suite 1725<br>Los Angeles, California   90067<br><br>Attorneys for *Plaintiffs*<br>NIRVANA, L.L.C. |
| Dated:  January 25, 2024 | KELLEY DRYE & WARREN LLP<br><br>By:  */s/Michael J. Zinna*<br>       Michael J. Zinna<br>       KELLEY DRYE & WARRANT LLP<br>       3 World Trade Center<br>       175 Greenwich Street<br>       New York, New York 10007<br><br>Attorneys for *Defendant*<br>MARC JACOBS INTERNATIONAL, |
| Dated:  January 25, 2024 | MODO LAW, P.C.<br><br>By:  */s/Inge De Bruyn*<br>       Inge De Bruyn<br>       MODO LAW, P.C.<br>       4218 Via Padova<br>       Claremont, California 91711<br><br>Attorneys for Plaintiff-in-Intervention,<br>ROBERT FISHER |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Mark S. Lee, attest that concurrence in the filing of this document has been obtained.

/s/ Mark S. Lee
Mark S. Lee

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2024, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of the filing to all attorneys of record in this case.

/s/ Mark S. Lee
Mark S. Lee