# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRVANA L.L.C., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> MARC JACOBS INTERNATIONAL L.L.C., et al., <br><br> Defendants and Counterclaimants. <br><br> ROBERT FISHER, <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> NIRVANA L.L.C., et al., <br><br> Defendants-in-Intervention. | No. 2:18-cv-10743-JAK (SKx) <br><br> **ORDER RE NOTICE OF PLAINTIFF-IN-INTERVENTION ROBERT FISHER's *EX PARTE* APPLICATION TO STRIKE DEFENDANT-IN-INTERVENTION NIRVANA'S UNTIMELY OPPOSITION TO HIS MOTION FOR CERTIFICATION FOR APPELLATE REVIEW (DKT. 246)** |

1

Based on a review of the Notice of Plaintiff-in-Intervention Robert Fisher's *Ex Parte* Application to Strike Defendant-in-Intervention Nirvana's Untimely Opposition to his Motion for Certification for Appellate Review (the "Application" (Dkt. 246)), insufficient good cause has been shown for certain of the requested relief. Therefore, the relief requested through the Application is **DENIED IN PART**, as follows:

Although Defendant-in-Intervention Nirvana's opposition was untimely under the Civil Standing Order, Plaintiff-in-Intervention Robert Fisher has not shown he will be prejudiced as a result. Further, a modified briefing and hearing schedule is adopted in this Order that also ensures no prejudice.

Within 10 days of the issuance of this Order, Plaintiff-in-Intervention may file a superceding reply brief, not to exceed 10 pages, that addresses Defendant-in-Intervention's opposition. The hearing on the Motion for Certification for Appellate Review (Dkt. 241) is continued to March 25, 2024, at 8:30 a.m., with the specific time to be set when the final calendar issues for that date.

**IT IS SO ORDERED.**

Dated:  February 15, 2024

John A. Kronstadt
United States District Judge