| | |
|---|---|
| Mark S. Lee (SBN 94103)<br>mark.lee@rimonlaw.com<br>RIMON, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067<br>Telephone: 310.361.5776<br>Facsimile: 310.361.5776<br><br>Bert H. Deixler (SBN 70614)<br>bdeixler@kbkfirm.com<br>Patrick J. Somers (SBN 318766)<br>psomers@kbkfirm.com<br>KENDALL BRILL & KELLY LLP<br>10100 Santa Monica Boulevard, Suite 1725<br>Los Angeles, California 90067<br>Telephone: (310) 556-2700<br>Facsimile: (310) 556-2705<br><br>Attorneys for Plaintiff NIRVANA, L.L.C. | Michael J. Zinna<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br><br>Attorneys for Defendant, MARC JACOBS INTERNATIONAL L.L.C. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIRVANA, L.L.C., a Washington Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>MARC JACOBS INTERNATIONAL L.L.C., et al.,<br><br>        Defendant.<br><br>AND RELATED CLAIMS, | Case No. 2:18-CV-10743-JAK (SKx)<br><br>**JOINT REPORT RE SETTLEMENT PROCEEDINGS AND TRIAL SETTING CONFERENCE**<br><br>Judge: Honorable John A. Kronstadt |

1

JOINT REPORT

1    Pursuant to this Court's order of May 23, 2024, the parties provide the
following joint report describing the status of their settlement negotiations and their
position regarding the Post Mediation Settlement Conference.

The parties participated in a second Zoom Settlement Conference before
Magistrate Judge Steve Kim on June 28, 2024, and following that conference, the
parties agreed to Mediator's Proposals submitted by Judge Kim. Pursuant to those
agreements, the parties are to more fully document their agreement in long form
settlement agreements within 21 days, and they presently are in the process of
drafting and executing such agreements.

In light of the above, the parties respectfully request that the Post Mediation
Status Conference presently set before this Court on July 15, 2024, be continued
until a date in August 2024 that is convenient to the Court's calendar, so that the
parties may fully document and execute such agreements, and this Court may
dismiss this action pursuant to the terms of those agreements.

Dated: July 9, 2024                    RIMON, P.C.
                                       KENDALL BRILL & KELLY LLP

                                       By: /s/ Mark S. Lee
                                           Mark S. Lee
                                           RIMON, P.C.
                                           2029 Century Park East, Suite 400N
                                           Los Angeles, California  90067

                                           Bert H. Deixler
                                           Patrick J. Somers
                                           KENDALL BRILL & KELLY LLP
                                           10100 Santa Monica Boulevard, Suite 1725
                                           Los Angeles, California  90067

                                           Attorneys for *Plaintiffs*
                                           NIRVANA, L.L.C.

| | | |
|---|---|---|
| Dated: July 9, 2024 | | KELLEY DRYE & WARREN LLP |
| | | By: /s/Michael J. Zinna |
| | | Michael J. Zinna |
| | | KELLEY DRYE & WARREN LLP |
| | | 3 World Trade Center |
| | | 175 Greenwich Street |
| | | New York, New York 10007 |
| | | |
| | | Attorneys for *Defendant* |
| | | MARC JACOBS INTERNATIONAL, LLC |
| | | |
| Dated: July 9, 2024 | | MODO LAW, P.C. |
| | | By: /s/Inge De Bruyn |
| | | Inge De Bruyn |
| | | MODO LAW, P.C. |
| | | 4218 Via Padova |
| | | Claremont, California 91711 |
| | | |
| | | Attorneys for Plaintiff-in-Intervention, ROBERT FISHER |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mark Lee hereby attest that concurrence in the filing of this document and its contents was obtained from all signatories listed above.

Dated: July 9, 2024     */s/ Mark S. Lee*
                        Mark S. Lee