| | |
|---|---|
| Mark S. Lee (SBN 94103) | Bert H. Deixler (SBN 70614) |
| mark.lee@rimonlaw.com | bdeixler@kbkfirm.com |
| RIMON, P.C. | Patrick J. Somers (SBN 318766) |
| 2029 Century Park East, Suite 400N | psomers@kbkfirm.com |
| Los Angeles, California 90067 | KENDALL BRILL & KELLY LLP 10100 |
| Telephone: 310.361.5776 | Santa Monica Boulevard, Suite 1725 |
| Facsimile: 310.361.5776 | Los Angeles, California 90067 |
| | Telephone: (310) 556-2700 |
| . | Facsimile: (310) 556-2705 |

Attorneys for Plaintiff NIRVANA, L.L.C

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIRVANA, L.L.C., a Washington Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARC JACOBS INTERNATIONAL L.L.C., et al.,<br><br>　　　　Defendant.<br><br>AND RELATED CLAIMS, | Case No. 2:18-CV-10743-JAK (SKx)<br><br>**JOINT REPORT RE STATUS OF SETTLEMENT**<br><br>The Hon. The Honorable John A. Kronstadt |

　　　Pursuant to this Court's Order of July 9, 2024, Nirvana, L.L.C., ("Nirvana") Marc Jacobs International ("MJI") and Robert Fisher ("Fisher') provide the following joint report regarding the status of their settlement efforts.

　　　Nirvana and MJI have agreed upon the language of a long form settlement agreement, and are in the process of obtaining the parties' signatures on that document. They anticipate obtaining all such signatures in the next two weeks, and will ask the Court to dismiss all claims they have made against each other in this action after they do.

　　　Nirvana and Plaintiff-in-Intervention Fisher have reached an apparent impasse in connection with the language of the long form settlement agreement they

have been negotiating. They have agreed to engage in another settlement conference with Magistrate Judge Kim to see if they can resolve their differences and will attempt to schedule that conference within the next 45 days, subject to Judge Kim's and the parties' calendars. The parties jointly and respectfully request the Court to continue the OSC hearing that was set for August 26, 2024 accordingly, especially since counsel for Fisher is unavailable on August 26, 2024 (and through September 15, 2024) due to a scheduled surgery and the necessary recovery.

Dated:  August 15, 2024

RIMON, P.C.
KENDALL BRILL & KELLY LLP

By: /s/ Mark S. Lee
Mark S. Lee
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California   90067

Bert H. Deixler
Patrick J. Somers
KENDALL BRILL & KELLY LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California   90067

Attorneys for Plaintiff, NIRVANA, L.L.C.

Dated:  August 15, 2024

KELLEY DRYE & WARREN LLP

By: /s/Michael J. Zinna
Michael J. Zinna
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007

Attorneys for *Defendant*
MARC JACOBS INTERNATIONAL, LLC

| | |
|---|---|
| 1 | Dated: August 15, 2024 |

MODO LAW, P.C.

By: */s/Inge De Bruyn*
Inge De Bruyn
MODO LAW, P.C.
4218 Via Padova
Claremont, California 91711

Attorneys for Plaintiff-in-Intervention,
ROBERT FISHER


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mark Lee hereby attest that concurrence in the filing of this document and its contents was obtained from all signatories listed above.

Dated: August 15, 2024          /s/ Mark S. Lee
                                Mark S. Lee