1
2
3
4
5
## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nirvana LLC, a Washington Limited Liability Company,<br><br>　　*Plaintiff*,<br><br>　　vs.<br><br>MARC JACOBS INTERNATIONAL, ET AL.<br><br>　　*Defendant*. | Case No. 2:18-cv-10743-JAK(SKx)<br>Case No. 2:20-cv-10324-JAK (SKx)<br><br>**[PROPOSED] ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable John A. Kronstadt |
| ROBERT FISHER, an individual,<br><br>　　*Plaintiff-in-Intervention*<br><br>　　vs.<br><br>NIRVANA LLC, a WASHINGTON Limited LIABILITY COMPANY<br><br>　　*in Intervention*<br><br>AND COUNTERCLAIMS. | |

---

1
[PROPOSED] ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulations submitted by Plaintiff Nirvana, LLC and Plaintiff-In-Intervention Robert Fisher, and the Court being fully advised in the premises,

**It is ordered, adjudged and decreed** as follows:

1) All claims and counterclaims made in Case No. 2:18-cv-10743-JAK (SKx) are dismissed with prejudice,

2) All claims and counterclaims made in Case No. 2:20-cv-10324-JAK (SKx) are dismissed with prejudice,

3) All parties are responsible for their own attorneys' fees and costs incurred in this action, and

4) The Court will retain jurisdiction to enforce the parties' settlement agreements in this action.

**IT IS SO ORDERED.**

DATED: _____        _____
                               United States District Court Judge
                               John A. Kronstadt