| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 4 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NIRVANA, LLC, a Washington Limited Liability Company,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>MARC JACOBS INTERNATIONAL LLC, a Delaware Limited Liability Company; et al.,<br><br>    Defendants,<br><br>ROBERT ANDRES FISHER,<br><br>    Intervenor-Defendant - Appellant. | No. 24-3892<br><br>D.C. No. 2:18-cv-10743-JAK-SK<br>Central District of California, Los Angeles<br><br>ORDER |

The court has been informed that this matter is resolved. Unless an objection is filed by October 10, 2024, the appeal will be deemed dismissed voluntarily. Fed. R. App. P. 42(b).

The parties shall bear their own costs and fees on appeal.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator