# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRVANA, L.L.C.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARC JACOBS INTERNATIONAL, L.L.C., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED CLAIMS | No. 2:18-cv-10743-JAK (SKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 270)**<br><br>**JS-6** |

Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 270)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

1) All claims and counterclaims made in Case No. 2:18-cv-10743-JAK (SKx) are dismissed with prejudice,
2) All parties are responsible for their own attorneys' fees and costs incurred in this action, and
3) If the settlement terms between the parties include that this Court shall retain jurisdiction to enforce those terms between them, such jurisdiction is retained.

**IT IS SO ORDERED.**

Dated: October 07, 2024

John A. Kronstadt
United States District Judge

2